# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                              Case No. **07-00762**

**FEBRES HERNANDEZ, RAMON L**                   Chapter **13**

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **6/08/2007**
☐ PRE ☐ POST-CONFIRMATION      Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | x | | = $ | |
|---|---|---|---|---|---|
| **220.00** | | **24** | | **5,280.00** | |
| **260.00** | | **36** | | **9,360.00** | |

TOTAL: $ **14,640.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **14,640.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,800.00**

Signed: **/s/ RAMON L FEBRES HERNANDEZ**
         Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL FINANCIAL**   Cr. **RELIABLE FINANCIA**   Cr. _____
# **9100002994**    # **686-140622**    # _____
$ **60.00**    $ **791.65**    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **COMMOLOCO**   Cr. _____   Cr. _____
# **09414495**    # _____    # _____
$ **2,523.00**    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
     **DORAL FINANCIAL    RELIABLE FINANCIA**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                  ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)

Attorney for Debtor **JAIME RODRIGUEZ LAW OFFICE, PSC S/JAIME RODRIGUEZ-PEI** Phone: **(787) 797-4174**

**FEBRES HERNANDEZ, RAMON L**
**URB SANTIAGO IGLESIAS NO 1468**
**CALLE SANTIAGO CARRERAS**
**SAN JUAN, PR  00921**

**RELIABLE FINANCIAL SERV**
**PO BOX 21382**
**SAN JUAN, PR  00928-1382**

**JAIME RODRIGUEZ LAW OFFICE, PSC**
**S/JAIME RODRIGUEZ-PEREZ, USDC 221011**
**COND ATRIUM PLAZA APT28 225 CALLE OLIVER**
**SAN JUAN, PR  00918-1469**

**SUN COM WIRELESS**
**PO BOX 70888**
**CHARLOTTE, NC  28272-0888**

**CITIFINANCIAL**
**AMERICO MIRANDA NO 30**
San Juan, PR  00921

**UNIVERSAL FIDELITY LP**
**PO BOX 941911**
**HOUSTON, TX  77094-8911**

**COMMOLOCO**
**STE 152, 1271 AVE AMERICO MIRANDA**
**SAN JUAN, PR  00936-3769**

**WESTERNBANK PUERTO RICO**
**PO Box 1180**
Mayaguez, PR  00681-1180

**COMMOLOCO**
**PO BOX 363769**
**SAN JUAN, PR  00936-3769**

**DEPARTAMENTO DE HACIENDA**
**BANKRUPTCY SECTION 424-B**
**PO BOX 9024140**
**SAN JUAN, PR  00902-4140**

**DORAL FINANCIAL CORP.**
**PO BOX 13988**
**SAN JUAN, PR  00908-3988**

**INTERNAL REVENUE SERVICE**
**SPECIAL PROCEDURE**
**MERCANTIL PLAZA BLDG 27.5**
**SAN JUAN, PR  00918**

Island Finance
PO Box 195369
San Juan, PR  00919-5369

Island Finance
**SAN PATRICIO PLAZA**
Guaynabo, PR  00969