## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br>RAMON L. FEBRES HERNANDEZ | CASE NO: 07-00762 GAC |
| Debtor | CHAPTER 13 |

### OBJECTION TO CLAIM NUMBER EIGHT (8)

**TO THE HONORABLE COURT:**

    **COMES NOW**, debtors through and represented by the undersigned attorney and most respectfully objects to the allowance of claim number eight (8) in the amount of $10,000.00 filed by Department of Treasury.

    The ground of the objection is that debtor's debt referred on claim number eight (8) is a priority debt based on penalty regarding IVU.

    Debtor understands that he filed the application for certification of IVU within the time requested by Treasury Department at 341 meeting. See attached verified statement under penalty of perjury. See exhibit A.

    **TAKE NOTICE** that if no response to this motion is filed within thirty (30) days, this Honorable Court may consider or decide the matter without actual hearing.

    **WHEREFORE**, debtor requests very respectfully of this Honorable Court to disallow claim number eight (8).

### CERTIFICATE OF SERVICE

    **WE CERTIFY**: That on this same date and by regular U.S. mail a copy of this motion has been sent to Department of Treasury, Bankruptcy Section (424-B), PO Box 9024140 San Juan, PR 00902-4140; Department of Justice, Federal Litigation Division, PO Box 9020192, San Juan, PR 00902 and to Chapter 13 Trustee José R. Carrión Morales, electronically delivered through ECF Electronic Filing Service.

Respectfully submitted.

In San Juan, Puerto Rico this August 9th, 2007.

*JAIME RODRÍGUEZ LAW OFFICE, PSC*
Attorneys for debtor
Cond. Atrium Plaza Apt 28
225 Calle José Oliver
San Juan, Puerto Rico 00918-1469
Telephone (787) 797-4174

ELECTRONICALLY FILED
/S/ Jaime Rodríguez-Pérez, Esq.
USDC, PR 221011



## VERIFIED STATEMENT UNDER PENALTY OF PERURY

I, RAMÓN FEBRES-HERNÁNDEZ of legal age, married, self employed, and neighbor of San Juan, Puerto Rico Puerto Rico, declare and pray the following:

FIRST    That my name and personal circumstances are the referred above

SECOND    That on February 19, 2007 I filed a voluntary petition under the chapter 13 of the Bankruptcy Code, case number 07-00762 GAC

On March 27, 2007 Section 341 meeting was held. In the referred meeting I informed that I work providing cleaning services. I provided to Treasury Department specialist evidence of "IVU" Certification. Copy of the referred certification is attached (see exhibit A.)

In the same 341 meeting, I also informed that I will begin working as personal trainer as professional services. Treasury Department technician informed me that my current "IVU" Certification for cleaning services does not includes the work as personal trainer and that if I want to work as personal trainer, I must obtain another "IVU" certificate specifying that I will work as personal trainer. Treasury Department technician allowed me ten (10) days to obtain the referred certificate.

I informed the technician that I will do these arrangements immediately and I ask her for a fax number to provide the evidence of the "IVU" certification request. The Treasury Department technician informed me that at that moment they do not have a fax machine or their fax machine does not working. She ordered me to provide the referred evidence to the trustee.

The very next day, March 28, 2007, I went to Treasury Department at Old San Juan and obtained my "IVU" Certificate for personal trainer. Copy of "IVU" certificate request and "IVU" certificate is attached, see exhibits B and C.

THIRD    I understand that I made my word and obtained the "IVU" certificate immediately. Treasury Department cannot punish me with a $10,000. I do not violate any internal revenue law. I went to Treasury Department to clarify this issue. However, they informed me that they cannot help me since I filed a Bankruptcy procedure and that all the issues must be delivered through the US Bankruptcy Court.

**THAT ALL THE STATEMENTS DECLARED ABOVE** is true, declared under penalty of perjury.

---
I, _____ declare under penalty of perjury that the foregoing information is
Yo, _Ramón Febres_____, bajo pena de perjurio declaro que la información aquí vertida

true and correct to the best of my knowledge, information and belief.
es verdadera y correcta según mi mejor conocimiento, información y creencia.

In _Bayamón_____, Puerto Rico, this _8_ day of _de agosto_ 200_7_
En _____, Puerto Rico, al ___ día del mes de _____ de 200___.

_____Ramón Febres_____
RAMÓN FEBRES-HERNÁNDEZ

Sworn declaration

Modelo SC 2918
Rev. 14 sep 06



ESTADO LIBRE ASOCIADO DE PUERTO RICO

DEPARTAMENTO DE HACIENDA

# CERTIFICADO DE REGISTRO DE COMERCIANTE
## 0138781-0019
## NO RETIENE IMPUESTO

**Nombre Localidad:**

RAMON L FEBRES HERNANDEZ

URB SANTIAGO IGLESIAS
1468 CALLE STGO CARRERA
SAN JUAN PR 00921-4406

**Nombre Legal:**

RAMON L FEBRES HERNANDEZ

URB SANTIAGO IGLESIAS
1468 CALLE STGO CARRERA
SAN JUAN PR 00921-4406

**Código NAICS:** 561720

**Actividad Comercial:** SERVICIOS DE LIMPIEZA

**Tipo de Certificado:** NEGOCIO TEMPORERO     (Desde 15 Nov 06 Hasta 15 May 07)

Yo, Juan C. Méndez Torres, certifico que este comerciante está inscrito en el Registro de Comerciantes del Departamento de Hacienda.

*Secretario de Hacienda*

Este Certificado es intransferible y el mismo deberá exhibirse en todo momento en un lugar visible al público en la localidad arriba indicada.

C00051640

Modelo SC 2914
19 jul 06

**SOLICITUD DE CERTIFICADO DE REGISTRO DE COMERCIANTE Y CERTIFICADO DE EXENCION**

Número de Serie: _____

☒ ENMENDADA

Número de Registro Asignado: _____

Sworn declaration

**PARTE I - INFORMACION SOBRE EL COMERCIANTE**

1. Indique la razón por la cual rinde esta solicitud: ☐ Registro inicial ☐ Negocio nuevo ☐ Cambio de dirección ☐ Nueva actividad ☐ Nueva localidad ☐ Cese operaciones ☐ Otro _____

2. Nombre legal de la corporación, sociedad, individuo dueño (nombre, inicial, apellidos) u otro
   Ramon L. Febres Hernandez

3. Número de seguro social: 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
4. Número de identificación patronal: _____

5. Dirección postal: Urb. Santiago Iglesias #1468 c/San Diego Carreras Rio Piedras PR 00921
6. Dirección física: La misma

7. Teléfono: (787) 781-8256
8. Fax: ( ) N/A

9. Dirección electrónica (E-mail): N/A
10. Página de Internet: N/A

Sello de Recibido: Estado Libre Asociado de Puerto Rico, Area de Rentas Internas, RECIBIDO 28 MAR 2007, PLANILLA CON PAGO

11. Tipo de organización: ☒ Individuo ☐ Sucesión o Fideicomiso ☐ Corporación ☐ Sociedad ☐ Sociedad de Responsabilidad Limitada ☐ Compañía de Responsabilidad Limitada ☐ Corporación Especial Propiedad de Trabajadores ☐ Organización Sin Fines de Lucro ☐ Cooperativa ☐ Otro _____

12. Fecha de incorporación o creación: Día ___ Mes ___ Año ___
13. Fecha de cierre de su período de contabilidad: Día ___ Mes ___

14. Volumen de negocio agregado al final del año natural inmediatamente anterior a la solicitud: $300.00 Mensuales

15. Naturaleza del negocio principal (Descripción de la actividad): Personal Travel
15a. Sistema de clasificación de la industria norteamericana (NAICS): 591900

**PARTE II - PERSONA(S) CON INTERES EN EL NEGOCIO**

16. Indique la información solicitada para cada uno de los dueños, socios, accionistas o cualquier otra persona que posea 50% o más de interés en el negocio:

| Nombre | Título | Número de seguro social o identificación patronal | Por ciento de participación |
|---|---|---|---|
| | | | |

Dirección residencial _____ Municipio _____ Estado _____ Código Postal _____ Teléfono ( )

Si su negocio provee servicios, ¿posee usted 50% o más de interés en otro negocio? ☐ Sí ☐ No. Si contestó "Sí", indique la siguiente información del otro negocio: Nombre _____ Número de identificación patronal _____

| Nombre | Título | Número de seguro social o identificación patronal | Por ciento de participación |
|---|---|---|---|
| | | | |

Dirección residencial _____ Municipio _____ Estado _____ Código Postal _____ Teléfono ( )

Si su negocio provee servicios, ¿posee usted 50% o más de interés en otro negocio? ☐ Sí ☐ No. Si contestó "Sí", indique la siguiente información del otro negocio: Nombre _____ Número de identificación patronal _____

Conservación: Seis (6) años.

0138781-0028

RAMON L FEBRES HERNANDEZ



Sworn declaration

**VOID** **VOID** **VOID** **VOID**

**VOID** **VOID** **VOID**

Modelo SC 2918-A
Rev. 19 oct 06

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA
CERTIFICADO DE REGISTRO DE COMERCIANTE
**01387810028**
**NO RETIENE IMPUESTO**

Nombre Comercial: RAMON L FEBRES HERNANDEZ
Nombre Legal: RAMON L FEBRES HERNANDEZ
Código NAICS: 541900
Actividad Comercial: OTROS SERVICIOS PROFESIONALES, CIENTIFICOS Y TECNICOS
Tipo de Certificado: NEGOCIO AMBULANTE

Yo, Juan C. Méndez Torres, certifico que este comerciante está inscrito en el Registro de Comerciantes del Departamento de Hacienda

SECRETARIO DE HACIENDA
Este Certificado es intransferible y el mismo deberá exhibirse en todo momento en un lugar visible al público.
62059 NO PERFORE ESTA TARJETA

**VOID** **VOID**

C00165797

**VOID** **VOID** **VOID** **VOID**